**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1569**

---

DAWN M. REAVES, an infant, who sues by Judy K.
Reaves, her mother and next friend; JUDY K.
REAVES, in her own right, and in her capacity
as mother of Dawn M. Reaves,

                                 Plaintiffs - Appellants,

        versus

THE HONORABLE NINA KILIAN PEACE, individually
and as Judge, Hanover County Juvenile and
Domestic Relations District Court; HANOVER
COUNTY DEPARTMENT OF SOCIAL SERVICES; DONNA T.
DOUGLAS, individually, Hanover County Depart-
ment of Social Services; UNITED METHODIST
FAMILY SERVICES OF VIRGINIA; JACKSON-FEILD
HOMES; KING & QUEEN COUNTY DEPARTMENT OF SO-
CIAL SERVICES; KIMBERLY POWELL, individually,
King & Queen County Department of Social Ser-
vices; KING & QUEEN COUNTY PUBLIC SCHOOLS;
LLOYD A. HAMLIN, individually, King & Queen
County Public Schools,

                                 Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-95-640-3)

---

Argued:  January 31, 1997        Decided:  February 21, 1997

---

Before WILKINSON, Chief Judge, and WILLIAMS and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**ARGUED:** Douglas Early Ballard, Virginia Beach, Virginia, for Appellants. Alice Ann Berkebile, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia; Archibald Wallace, III, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia; Frank Neil Cowan, COWAN & OWEN, P.C., Richmond, Virginia, for Appellees. **ON BRIEF:** L. Lee Byrd, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees Hanover County Social Services and Douglas; Cynthia A. Icard, Frank F. Rennie, IV, COWAN & OWEN, P.C., Richmond, Virginia, for Appellees Methodist Family Services, King & Queen Social Services, and Powell; Jean Bilger Arnold, MCGUIRE, WOODS, BATTLE & BOOTHE, Charlottesville, Virginia, for Appellees King & Queen Public Schools and Hamlin; Roger L. Williams, Visiliki Moudilos, WILLIAMS, BUTLER & PIERCE, Richmond, Virginia, for Appellee Jackson-Feild Homes.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Believing that Dawn Reaves was wrongfully taken from her mother's custody and was mistreated while in the custody of various departments of social services, Dawn and her mother sued, under 42 U.S.C. § 1983, a Juvenile and Domestic Relations judge, two county departments of social services and their directors, a county school board and its superintendent, and two private juvenile detention facilities. The district court granted summary judgment in favor of the defendants on the grounds of absolute immunity, derivative immunity, Eleventh Amendment immunity, lack of state action, and plaintiffs' failure to exhaust state remedies. The Reaves appeal this ruling, arguing that the district court erred in granting summary judgment.

We have reviewed the briefs and record in this case, and we have heard oral argument. Our review persuades us that the rulings of the district court were correct. We therefore affirm the judgment on the reasoning set forth in the district court's extensive and careful memorandum opinion. Reaves v. Peace, C.A. No. 3:95cv640 (E.D.Va. Mar. 21, 1996).

AFFIRMED

3